**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1442

JANEKA PURANDA, Woman,

Plaintiff - Appellant,

v.

JARED NEAHUSAN, in his personal capacity and in his official capacity as Deputy Sheriff of Loudoun County,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:23-cv-01536-PTG-LRV)

Submitted:  August 22, 2024                    Decided:  August 26, 2024

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Janeka Puranda, Appellant Pro Se.  Alexander Francuzenko, Philip Corliss Krone, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janeka Puranda appeals the district court's order dismissing her civil action after abstaining pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), and denying as moot her motion for injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Puranda v. Neahusan*, No. 1:23-cv-01536-PTG-LRV (E.D. Va. Apr. 15, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*